GENTILE CRISTALLI
MILLER ARMENI SAVARESE
JANIECE MARSHALL
Nevada Bar No. 4686
Email: jmarshall@gcmaslaw.com
410 S. Rampart Blvd., Suite 420
Las Vegas, Nevada 89145
Tel:  (702) 880-0000
Fax:  (702) 778-9709
Attorneys for Premier One Holdings, Inc.
and Mimi Ventures, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR10,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER ONE HOLDINGS, INC., a Nevada corporation; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; MIMI VENTURES, LLC, a Nevada limited liability company; ERIC M. CHEN, an individual,<br><br>Defendants. | CASE NO. 2:16-cv-02805-JCM-PAL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Deutsche Bank National Trust Company, As Trustee For Washington Mutual Mortgage Pass-Through Certificates Series 2004-AR10 ("Plaintiff") and Defendants Premier One Holdings INC. ("Premier One") and Mimi Ventures, LLC ("Mimi Ventures) (collectively Premier One and Mimi Ventures are referred to as "Defendants"), by and through their respective attorneys of record, to extend the deadline for Defendants to file an Answer, or other responsive pleading to the Amended Complaint [Dkt 11], currently due February 13, 2017, for two weeks, up to and including, **February 27, 2017**.

/ / /

/ / /

10 Collection River – Stipulation to Extend Time

1

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

Defendants require additional time to respond to the Amended Complaint because counsel was recently retained on February 3, 2017, and copies of the recorded documents referenced in the Amended Complaint are not readily available online but must be obtained through Clark County Recorder's Office. Counsel for Premier and Mimi Ventures is working diligently to obtain the necessary documents, but needs additional time to prepare response. The granting of this extension will not prejudice Plaintiff. Plaintiff's counsel has not been able to effectuate service on Defendant Chin and, therefore, has no objection to the extension.

IT IS HEREBY STIPULATED.

DATED this 14th day of February, 2017.                    DATED this 14th day of February, 2017.

GENTILE CRISTALLI                                          BALLARD SPAHR LLP
MILLER ARMENI SAVARESE

 /s/ Janiece Marshall                                       /s/ Sylvia Semper

JANIECE MARSHALL                                           ABRAN E. VIGIL
Nevada Bar No. 4686                                        Nevada Bar No. 7548
410 South Rampart Boulevard, Suite 420                     SYLVIA O. SEMPER
Las Vegas, Nevada 89145                                    Nevada Bar No. 12863
Attorney for Premier One Holdings, Inc.                    100 North City Parkway, Suite 1750
410 S. Rampart Blvd., Suite 420                            Las Vegas, NV 89106
Las Vegas, Nevada  89145                                   *Attorneys for Plaintiff*
Tel: (702) 880-0000
*Attorneys for Defendants Premier One*
*Holdings, Inc. and Mimi Ventures, LLC*

The Court, having reviewed and considered the Stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS that the deadline for Defendants to file an Answer to the Amended Complaint [Dkt 11], currently due February 13, 2017, shall be extended for two weeks, up to and including, **February 27, 2017**.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 16, 2017

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

10 Collection River – Stipulation to Extend Time

2