UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>PREMIER ONE HOLDINGS, INC., et al.,<br><br>                    Defendants. | Case No. 2:16-cv-02805-JCM-PAL<br><br>**ORDER**<br><br>(Subst. Atty. – ECF No. 36) |

This matter is before the court on the Substitution of Attorney (ECF No. 36) filed November 20, 2017. Sarah A. Morris of Morris Law Center seeks leave to be substituted in the place and stead of Janiece S. Marshall at Gentile Cristalli Miller Armeni Savarese for defendant Premier One Holdings, Inc. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. The Substitution of Attorney (ECF No. 36) is **GRANTED**.
2. Sarah A. Morris of Morris Law Center is substituted in the place of Janiece S. Marshall of Gentile Cristalli Miller Armeni Savarese for defendant Premier One Holdings, Inc. subject to the provisions of LR IA 11-6(c) and (d).

Dated this 27th day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1