UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PREMIER ONE HOLDINGS, INC., et al.<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-02805-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 38) |

This matter is before the court on the Substitution of Attorneys (ECF No. 38). Sarah A. Morris of Morris Law Center seeks leave to be substituted in the place of Janiece S. Marshall of Gentile Cristalli Miller Armeni Savarese for defendants Mimi Ventures, LLC and Eric K. Chen. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 38) is **GRANTED**.
2. Sarah A. Morris of Morris Law Center is substituted in the place of Janiece S. Marshall of Gentile Cristalli Miller Armeni Savarese for defendants Mimi Ventures, LLC and Eric K. Chen subject to the provisions of LR IA 11-6(c) and (d).

DATED this 10th day of January, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1