# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>PREMIER ONE HOLDINGS, INC., et al.,<br><br>Defendant(s). | Case No. 2:16-CV-2805 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *Deutsche Bank National Trust Company v. Premier One Holdings Inc. et al*, case no. 2:16-cv-02805-JCM-PAL.

On February 8, 2018, Magistrate Judge Leen ordered a stay in the instant action, thereby staying proceedings until April 12, 2018. (ECF No. 42). Magistrate Judge Leen ordered the parties to file a renewed discovery schedule on May 14, 2018, "if the case has not settled." *Id.* The parties have not submitted a renewed discovery schedule or a filing indicating the status of settlement negotiations. The court will order the parties to file a joint status report indicating the current status of the action.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report will result in dismissal of this case for want of prosecution.

DATED May 23, 2018.

_____
UNITED STATES DISTRICT JUDGE