Abran E. Vigil
Nevada Bar No. 7548
Maren Parry
Nevada Bar No. 9643
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
parrym@ballardspahr.com

Scott A. Wiseman
Utah Bar No. 16199
(admitted pro hac vice)
201 South Main Street, Suite 800
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
wisemans@ballardspahr.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Washington Mutual Mortgage Pass-Through Certificates Series 2004-AR10*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR10<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS INC., a Nevada corporation; ANTHEM COUNTRY CLUB COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; MIMI VENTURES, LLC, a Nevada limited liability company; and ERIC CHEN, an individual<br><br>Defendants. | Case No. 2:16-cv-02805-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Pursuant to LR IA 6-1 and LR 26-4, Plaintiff Deutsche Bank National Trust Company, as Trustee for Washington Mutual Mortgage Pass-Through Certificates Series 2004-AR10 ("Trustee"), Defendants Premier One Holdings, Inc. ("Premier One"), Anthem Country Club Community Association, Inc. ("Anthem"), Mimi Ventures, LLC ("Mimi Ventures") and Eric Chen ("Mr. Chen") (together the "Parties") by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. This action concerns title to real property commonly known as 10 Colleton River Drive in Henderson, Nevada, ("Property") following a homeowner's association foreclosure sale conducted on December 28, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20040521-001357 (and re-recorded on August 6, 2009 as Instrument No. 20090806-0000912 )("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. With respect to this dispute, the Parties have entered into a confidential settlement agreement pursuant to which Trustee shall record a full reconveyance of the Deed of Trust in the Official Records of Clark County, Nevada, constituting a full release and discharge of the Deed of Trust.

4. The Parties stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

//
//
//
//
//
//
//

DMWEST #17463931 v1

5. Trustee, Premier One, Anthem, Mimi Ventures, and Mr. Chen have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

DATED this ____ day of July, 2018.

BALLARD SPAHR LLP

By: /s/ Maren Parry
    Abran E. Vigil, Esq.
    Nevada Bar No. 7548
    Maren Parry
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

    Scott A. Wiseman
    Utah Bar No. 16199
    (admitted pro hac vice)
    201 South Main Street, Suite 800
    Salt Lake City, Utah 84111-2221
    Telephone: (801) 531-3000
    Facsimile: (801) 531-3001
    wisemans@ballardspahr.com

*Attorneys for Plaintiff*

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Julie A. Funai
    Kaleb D. Anderson, Esq.
    Nevada Bar No. 7582
    Julie A. Funai, Esq.
    Nevada Bar No. 8725
    9900 Covington Cross Dr., Suite 120
    Las Vegas, Nevada 89144

*Attorney for Defendant Anthem Country Club Community Association, Inc.*

MORRIS LAW CENTER

By: /s/ Sarah A. Morris
    Sarah A. Morris
    Tim A. Wiseman
    6085 W. Twain Ave., Suite 201
    Las Vegas, Nevada 89103
    sarah@morrislawcenter.com
    tim@morrislawcenter.com

*Attorneys for Defendants, Premier One Holdings, Inc., Mimi Ventures, LLC, and Eric Chen*

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

DATED: August 3, 2018

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served this ____ day of July, 2018 upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

/s/ Charlene Bowman
*An employee of Ballard Spahr LLP*

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070